UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14395-CIV-GRAHAM/LYNCH

JANICE THURSTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.
_____/



FILED by _____ D.C.

MAY 19 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON PLAINTIFF'S
### UNOPPOSED APPLICATION FOR ATTORNEY FEES [D. E. #19]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that the counsel for the Plaintiff asserts in the motion that opposing counsel does not have any objection to the granting of the motion, and this Court otherwise being advised in the premises, makes the following recommendation to the District Court:

    1.    The motion is not in accordance with Rule 7.3(a) of the Local Rules of this Court. The motion does not list the number of hours expended, a description of the tasks performed during those hours, and is not verified. Although paragraph 6 of the motion indicates that supporting declarations and a schedule of hours are attached to the motion, there are no such attachments for this Court to review.

    2.    The Memorandum of Law states, "Plaintiff's counsel also expended a reasonable number of total hours in this case" but does not provide a listing of those hours or the tasks performed for those hours. Counsel goes on to state that "the majority of the

time was spent preparing Plaintiff's Brief" and that 22.15 hours were spent preparing the initial brief (DE #18). This Court notes that DE #18 is the District Court's Order of Remand on April 29, 2010.

**ACCORDINGLY**, this Court recommends to the District Court that based upon the foregoing the motion be **DENIED** without prejudice.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _19th_ day of May, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

```
                                    FRANK J. LYNCH, JR.
                                    UNITED STATES MAGISTRATE JUDGE
```

Copies furnished:
Hon. Donald L. Graham
Adam S. Neidenberg, Esq.
AUSA Lawrence Rosen