UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 09-14395-CIV-GRAHAM/LYNCH

JANICE THURSTON,

    Plaintiff,
vs.

MICHAEL J. ASTRUE
Commissioner of Social
Security Administration,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Application for Attorney Fees [D.E. 19].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch. The Magistrate Judge issued a Report [D.E. 20] recommending that Plaintiff's motion be denied without prejudice. The parties did not file objections to the Magistrate Judge's Report. However, the Plaintiff did file an Unopposed Motion to Amend the Application for Attorney Fees [D.E. 21] and an Amended Application for Attorney Fees [D.E. 22].

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch's Report [D.E. 20] is **RATIFIED, AFFIRMED and APPROVED** in

its entirety. It is further

ORDERED AND ADJUDGED that Plaintiff's Unopposed Application for Attorney Fees [D.E. 19] is DENIED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of August, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
All Counsel of Record